08cv1577
JUDGE HOLDERMAN
MAG. JUDGE ASHMAN

APPEARANCE
DISTRICT COURT FOR THE NORTHERN ... OF ILLINOIS

FILED
JN
MAR 18 2008
Mar 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Willie Brown
(Please print)

STREET ADDRESS: 601 Theodore Street

CITY/STATE/ZIP: Joliet, Illinois 60435

PHONE NUMBER: (815) 740-1467

CASE NUMBER: _____

_____  3-18-08
Signature              Date