April 7, 2008

601 Theodore Street
Joliet, Illinois 60435
(815) 740-1467

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
Attn: Honorable Michael W. Dobbins
      Clerk of the Court
219 South Dearborn Street, 20th floor
Chicago, Illinois 60604

**FILED**
APR 15 2008
Apr 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: <u>Willie Brown v. Village of Romeoville, et. al.,</u>
    Case No. 08 CV 1577

Dear Mr. Dobbins:

Attached are the return service of summons served upon the defendants, in the above reference matter, for filing with this court.

Sincerely yours
Willie Brown
Plaintiff in Pro Se

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Willie Brown

Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

Village of Romeoville
Police Officer Zakula Star #374
Police Officer Star #348
K. Showers

CASE NUMBER: **08CV1577**

ASSIGNED JUDGE: **JUDGE HOLDERMAN**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

Village of Romeoville Records Supervisor K. Showers
10-30 Montrose Drive
Romeoville, Illinois 60446

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Willie Brown
601 Theodore Street
Joliet, Illinois 60435

an answer to the complaint which is herewith served upon you within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_(signature)_ Jannette Nunez

(By) DEPUTY CLERK

MAR 1 8 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

FILED
APR 15 2008
Apr 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

☒ Other (specify): Service of Summons and Complaint was perfected by certified mailing with date of delivery being 3/24/08. A copy of the certified mail delivery document is attached hereto.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-3-08
          Date

Signature of Server

601 THEODORE ST. JOLIET, IL 60435
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.





| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X C. Dylik    ☑ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>C. Dylik    3-24-08 |
| 1. Article Addressed to:<br>VILLAGE OF ROMEOVILLE<br>RECORDS SUPERVISOR<br>K. SHOWERS<br>10-30 MONTROSE DR.<br>ROMEOVILLE, IL 60446 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 3020 0002 6553 9250 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



