AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Willie Brown,
Plaintiff

SUMMONS IN A CIVIL CASE

CASE NUMBER: 08C1577 / 08CV1577

V.

Village of Romeoville
Police Officer Zakula, Star #374
Police Officer Star #348
K. Showers, Defendants

ASSIGNED JUDGE:

DESIGNATED JUDGE HOLDERMAN
MAGISTRATE JUDGE: MAGISTRATE JUDGE ASHMAN

TO: (Name and address of Defendant)

Village of Romeoville Police Officer #348
10-30 Montrose Drive
Romeoville, Illinois 60446

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Willie Brown
601 Theodore Street
Joliet, Illinois 60435

an answer to the complaint which is herewith served upon you within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Jannette Nunez
(By) DEPUTY CLERK

DATE MAR 18 2008

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service of Summons and Complaint was perfected by certified mailing with date of delivery being 3/24/08. A copy of the certified mail delivery document is attached hereto.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-3-08
             Date               Signature of Server

601 THEODORE ST. JOLIET, IL. 60435
Address of Server

F I L E D
APR 1 5 2008
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.





| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  C. Dylik   ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>C. DYLIK   3-24-08 |
| 1. Article Addressed to:<br>VILLAGE OF ROMEOVILLE<br>POLICE OFFICER STAR #348<br>10-30 MONTROSE DR.<br>ROMEOVILLE, IL.<br>60446 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service) | 7007 3020 0002 6553 9236 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154






