Case 1:08-cv-01577   Document 9   Filed 04/15/2008   Page 1 of 3

CH

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Willie Brown,
                Plaintiff

v.

Village of Romeoville
Police Officer Zakula, Star #374
Police Officer Star #348
K. Showers,
                Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08c1577
                      08CV1577

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE: JUDGE HOLDERMAN

MAGISTRATE JUDGE ASHMAN

TO: (Name and address of Defendant)

Village of Romeoville Police Officer Zakula Star #374
10-30 Montrose Drive
Romeoville, Illinois 60446

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Willie Brown
601 Theodore Street
Joliet, Illinois 60435

an answer to the complaint which is herewith served upon you within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Jannette Nunez
(By) DEPUTY CLERK

MAR 1 8 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): Service of Summons and Complaint was perfected by certified mailing with date of delivery being 3/24/08. A copy of the certified mail delivery document is attached hereto.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-3-08
            Date

Signature of Server

601 Theodore St. Joliet IL 60435
Address of Server

FILED
APR 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   VILLAGE OF ROMEOVILLE
   POLICE OFFICER ZAKULA STAR # 374
   10-30 MONTROSE DR.
   ROMEOVILLE, IL. 60446

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  C. Sylik          ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   C. Sylik                     3-24-08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7007 3020 0002 6553 9267

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540