# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                          Case Number: 08 CV 1577
WILLIE BROWN
    vs.
VILLAGE OF ROMEOVILLE, et al.


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VILLAGE OF ROMEOVILLE, DANIEL ZAKULA, JAMES SLOUP
and KARYN SHOWERS


| NAME (Type or print) |  |
|---|---|
| Michael W. Condon |  |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) | |
| s/ MICHAEL W. CONDON | |
| **FIRM** | |
| Hervas, Condon & Bersani, P.C. | |
| **STREET ADDRESS** | |
| 333 Pierce Road, Suite 195 | |
| **CITY/STATE/ZIP** | |
| Itasca, IL 60143-3156 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06192071 | (630) 773-4774 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIE BROWN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 08 CV 1577 |
| VILLAGE OF ROMEOVILLE, et al., | ) ) ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2008, I electronically filed the foregoing **Appearance of Michael W. Condon** with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Postal Service, certified mail, return receipt requested, the document to the following non CM/ECF system participant:

Willie Brown, *Pro Se*
601 Theodore Avenue
Joliet, IL 60435

S/MICHAEL W. CONDON
MICHAEL W. CONDON, Bar Number 06192071
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mcondon@hcbattorneys.com