## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08 CV 1577

WILLIE BROWN
   vs.
VILLAGE OF ROMEOVILLE, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VILLAGE OF ROMEOVILLE, DANIEL ZAKULA, JAMES SLOUP
and KARYN SHOWERS

| | |
|---|---|
| **NAME (Type or print)**<br>Jason W. Rose | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br>   s/ JASON W. ROSE | |
| **FIRM**<br>Hervas, Condon & Bersani, P.C. | |
| **STREET ADDRESS**<br>333 Pierce Road, Suite 195 | |
| **CITY/STATE/ZIP**<br>Itasca, IL 60143-3156 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>06208130 | **TELEPHONE NUMBER**<br>(630) 773-4774 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WILLIE BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    Case No. 08 CV 1577 |
| | ) |
| VILLAGE OF ROMEOVILLE, et al., | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2008, I electronically filed the foregoing **Appearance of Jason W. Rose** with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Postal Service, certified mail, return receipt requested, the document to the following non CM/ECF system participant:

Willie Brown, *Pro Se*
601 Theodore Avenue
Joliet, IL 60435

S/JASON W. ROSE
JASON W. ROSE, Bar Number 06208130
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone:  630-773-4774
Fax:  630-773-4851
jrose@hcbattorneys.com