**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>WILLIE BROWN<br>    vs.<br>VILLAGE OF ROMEOVILLE, et al. | Case Number: 08 CV 1577 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VILLAGE OF ROMEOVILLE, DANIEL ZAKULA, JAMES SLOUP
and KARYN SHOWERS

| |
|---|
| NAME (Type or print)<br>T. Nicholas Goanos |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>   s/ T. NICHOLAS GOANOS |
| FIRM<br>Hervas, Condon & Bersani, P.C. |
| STREET ADDRESS<br>333 Pierce Road, Suite 195 |
| CITY/STATE/ZIP<br>Itasca, IL 60143-3156 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06289586 | (630) 773-4774 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| WILLIE BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 08 CV 1577 |
| | ) |
| VILLAGE OF ROMEOVILLE, et al., | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2008, I electronically filed the foregoing **Appearance of T. Nicholas Goanos** with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Postal Service, certified mail, return receipt requested, the document to the following non CM/ECF system participant:

Willie Brown, *Pro Se*
601 Theodore Avenue
Joliet, IL 60435


S/T. NICHOLAS GOANOS
T. NICHOLAS GOANOS, Bar Number 06289586
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
ngoanos@hcbattorneys.com