IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIE BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08 CV 1577 |
| ) | |
| VILLAGE OF ROMEOVILLE, et al., ) | Judge Holderman |
| ) | Magistrate Judge Ashman |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR EXTENSION
OF TIME IN WHICH TO FILE RESPONSIVE PLEADINGS**

NOW COME the Defendants, VILLAGE OF ROMEOVILLE, DANIEL ZAKULA, JAMES SLOUP and KARYN SHOWERS, by and through one of their attorneys, MICHAEL D. BERSANI of HERVAS, CONDON & BERSANI, P.C., and, move this Honorable Court for the entry of an order granting Defendants an enlargement of time through and including May 23, 2008 in which to answer or otherwise plead to Plaintiff's complaint.

In support of said motion, Defendants state the following unto this Honorable Court:

1.  On March 18, 2008, Plaintiff appearing *pro se* filed this civil rights complaint against Defendants.

2.  Plaintiff sent the summons and complaint to the Defendants by certified mail on March 24, 2008.

3.  The law firm of Hervas, Condon & Bersani, P.C. was recently retained by Defendants to provide legal representation for the Defendants.

4.  The undersigned entered appearances on behalf of the Defendants on April 23, 2008.

5. Since receiving Plaintiff's complaint, Defendants' attorneys have been investigating the allegations in Plaintiff's complaint.

6. Defendants request an enlargement of time through and including May 23, 2008 in which to file their responsive pleadings to Plaintiff's complaint.

7. The delay in responding to Plaintiff's complaint is in no way designed to prejudice or inconvenience any party to this action.

8. That no harm or prejudice will inure to any party to this action as the result of the granting of this motion.

WHEREFORE, the Defendants, VILLAGE OF ROMOEVILLE, DANIEL ZAKULA, JAMES SLOUP and KARYN SHOWERS, pray this Honorable Court will grant their motion for an enlargement of time through and including May 23, 2008 in which to file responsive pleadings.

                s/MICHAEL D. BERSANI
                Michael D. Bersani, Bar Number 06200897
                Attorney for Defendants
                HERVAS, CONDON & BERSANI, P.C.
                333 Pierce Road, Suite 195
                Itasca, IL 60143-3156
                Phone: 630-773-4774
                Fax: 630-773-4851
                mbersani@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIE BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08 CV 1577 |
| ) | |
| VILLAGE OF ROMEOVILLE, et al., ) | Judge Holderman |
| ) | Magistrate Judge Ashman |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2008, I electronically filed the foregoing *Defendants' Motion for Extension of Time in Which to File Responsive Pleadings* with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Postal Service, certified mail, return receipt requested, the document to the following non CM/ECF system participant:

Willie Brown, *Pro Se*
601 Theodore Avenue
Joliet, IL 60435

s/MICHAEL D. BERSANI
Michael D. Bersani, Bar Number 06200897
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mbersani@hcbattorneys.com