UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Willie Brown
                      Plaintiff,

v.                                            Case No.: 1:08–cv–01577
                                                Honorable James F. Holderman

Village Of Romeoville, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 1, 2008:

      MINUTE entry before Judge Honorable James F. Holderman: Defendants Village Of Romeoville, Zakula, Police Officer, K. Showers' motion for extension of time to file answer regarding complaint [14] is granted; defendants are given until 5/23/2008 to plead to the complaint. Status hearing set for 5/29/2008 at 9:00 AM to set further dates. Mailed notice (am)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.