## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| WILLIE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08 CV 1577 |
| | ) | |
| VILLAGE OF ROMEOVILLE, et al., | ) | Judge Holderman |
| | ) | Magistrate Judge Ashman |
| Defendants. | ) | |

### NOTICE OF MOTION

**TO:**   Willie Brown, *Pro Se*, 601 Theodore Street, Joliet, IL 60435

   **PLEASE TAKE NOTICE** that on the 29th day of May, 2008, at 9:00 a.m., I shall appear before the Honorable Judge James F. Holderman in Courtroom 2541, or before anyone sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present *Defendants' Motion to Dismiss Counts III-VII of the Complaint* .

   A copy is attached hereto and herewith served upon you.


                              S/JASON W. ROSE
                              Jason W. Rose, Bar Number 06208130
                              Michael D. Bersani, Bar Number 06200897
                              Attorney for Defendants
                              HERVAS, CONDON & BERSANI, P.C.
                              333 Pierce Road, Suite 195
                              Itasca, IL 60143-3156
                              Phone:  630-773-4774
                              Fax:  630-773-4851
                              jrose@hcbattorneys.com
                              mbersani@hcbattorneys.com

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08 CV 1577 |
| | ) | |
| VILLAGE OF ROMEOVILLE, et al., | ) | Judge Holderman |
| | ) | Magistrate Judge Ashman |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2008, I electronically filed the foregoing *Notice of Motion* with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Postal Service, certified mail, return receipt requested, the document to the following non CM/ECF system participant:

**TO:**     Willie Brown, *Pro Se*
             601 Theodore Avenue
             Joliet, IL 60435


                              S/JASON W. ROSE
                               Jason W. Rose, Bar Number 06208130
                               Michael D. Bersani, Bar Number 06200897
                               Attorney for Defendants
                               HERVAS, CONDON & BERSANI, P.C.
                               333 Pierce Road, Suite 195
                               Itasca, IL 60143-3156
                               Phone: 630-773-4774
                               Fax: 630-773-4851
                               jrose@hcbattorneys.com
                               mbersani@hcbattorneys.com

2