UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Willie Brown
                              Plaintiff,

v.                                                   Case No.: 1:08–cv–01577
                                                   Honorable James F. Holderman

Village Of Romeoville, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 29, 2008:

      MINUTE entry before the Honorable James F. Holderman: Status hearing held on 5/29/2008. On defendants Village Of Romeoville, Zakula, Police Officer, K. Showers' motion to dismiss Counts III–VII of the Complaint [17], response due by 6/10/2008; reply due by 6/24/2008. The Court to rule electronically. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.