**FILED**
JUN 1 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIE BROWN, ) | |
| ) | |
| Plaintiff in *Pro se*, ) | |
| ) | CIVIL ACTION NO. |
| - vs - ) | **08 CV 1577** |
| ) | JURY TRIAL DEMANDED |
| VILLAGE OF ROMEOVILLE, ) | |
| ET. AL., ) | |
| ) | Judge James F. Holderman |
| Defendants. ) | Magistrate Judge Martin C. Ashman |

### NOTICE OF MOTION

TO: HERVAS, CONDON & BERSANI, P.C.
Attn: Attorney Jason W. Rose
333 Pierce Road, Suite 195
Itasca, Illinois 60143-3156

*PLEASE TAKE NOTICE* that on the 19th day of June, 2008, at 9:00 a.m., I shall appear before the Honorable Judge James F. Holderman in court room 2541 of the Everett McKinley Dirksen Federal Building located at 219 South Dearborn Street, Chicago 60604, and then and there request a hearing on Plaintiff's frcp rule 6(b)(1) motion for enlargement of time to file first amended complaint, at which time you may be present if you so desire. A copy of the foregoing motion is attached hereto and served upon you herewith.

Respectfully submitted

By _____
WILLIE BROWN
Plaintiff in *Pro se*

Willie Brown
601 Theodore Street
Joliet, Illinois 60435
(815) 740-1467

### CERTIFICATION OF SERVICE

The undersigned certifies under penalty of prejury under the Laws of the United States of America that a copy of the foregoing documents were served upon the defendants' attorney at his office of record as addressed above by placing the same in a sealed envelope with postage fully prepaid thereon and placing the same U.S. Post Office Box in the City of Joliet/Will County, Illinois on the 10th day of June, 2008, before the hour of 4:00 p.m.

_____
Willie Brown