UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Willie Brown
                    Plaintiff,

v.                                          Case No.: 1:08–cv–01577
                                            Honorable James F. Holderman

Village Of Romeoville, et al.
                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, June 19, 2008:

    MINUTE entry before the Honorable James F. Holderman: Defendants' motion to dismiss counts III–VII of the complaint [17] is granted. Plaintiff's FRCP Rule 6(b)(1) motion for enlargement of time to file first amended complaint [22] is granted; plaintiff is given until 7/18/2008 to file his first amended complaint. Defendants are given until 8/8/2008 to answer the first amended complaint. Status hearing set for 8/19/2008 at 9:00 AM. Mailed notice (am)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.