IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 1577 |
| v. | ) | |
| | ) | Judge James F. Holderman |
| VILLAGE OF ROMEOVILLE, et al. | ) | Magistrate Judge Martin C. Ashman |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW APPEARANCE OF
## T. NICHOLAS GOANOS

MICHAEL D. BERSANI, an attorney, hereby moves to withdraw the appearance of T. NICHOLAS GOANOS as counsel for Defendants, VILLAGE OF ROMEOVILLE, DANIEL ZAKULA, JAMES SLOUP and KARYN SHOWERS, in the present matter.

In support of this motion, the undersigned states:

1. T. Nicholas Goanos is no longer employed by Hervas, Condon & Bersani, P.C., the firm representing the above named Defendants in this matter.

2. Michael D. Bersani, Michael W. Condon and Jason W. Rose will remain as counsel for the above named Defendants.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order permitting the withdrawal of T. Nicholas Goanos' appearance as counsel in this matter.

                                                                                                                                    **s/Michael D. Bersani**
MICHAEL D. BERSANI, Atty. Bar No. 06200897
Attorney for the Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mbersani@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 1577 |
| v. | ) | |
| | ) | Judge James F. Holderman |
| VILLAGE OF ROMEOVILLE, et al. | ) | Magistrate Judge Martin C. Ashman |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 10, 2008, I electronically filed the foregoing ***Motion to Withdraw Appearance of T. Nicholas Goanos*** with the Clerk of the Court using the CM/ECF system, which will send notification to the CM/ECF participants, and I hereby certify that on July 10, 2008, I mailed by United States Postal Service certified mail, return receipt requested, the foregoing document to the following non-CM/ECF participant:

**TO:**    Willie Brown, *Pro Se*
           601 Theodore Avenue
           Joliet, IL 60435

by depositing same in the U.S. Mail at 333 Pierce Road, Itasca, Illinois on July 10, 2008, by 5:00 p.m., with the proper postage prepaid.

                                            **s/Michael D. Bersani**
                                            MICHAEL D. BERSANI, Atty. Bar No. 06200897
                                            Attorney for the Defendants
                                            HERVAS, CONDON & BERSANI, P.C.
                                            333 Pierce Road, Suite 195
                                            Itasca, IL 60143-3156
                                            Phone:  630-773-4774
                                            Fax:  630-773-4851
                                            mbersani@hcbattorneys.com