**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 1577 |
| v. | ) | |
| | ) | Judge James F. Holderman |
| VILLAGE OF ROMEOVILLE, et al. | ) | Magistrate Judge Martin C. Ashman |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:**   Willie Brown, *Pro Se*, 601 Theodore Street, Joliet, IL 60435

    **PLEASE TAKE NOTICE** that on the 24th day of July 2008, at 9:00 a.m., I shall appear before the Honorable Judge James F. Holderman in Courtroom 2541, or before anyone sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present ***Motion to Withdraw Appearance of T. Nicholas Goanos***.

    A copy is attached hereto and herewith served upon you.

                                                    **s/Michael D. Bersani**
                                                    MICHAEL D. BERSANI, Atty. Bar No. 06200897
                                                    Attorney for the Defendants
                                                    HERVAS, CONDON & BERSANI, P.C.
                                                    333 Pierce Road, Suite 195
                                                    Itasca, IL 60143-3156
                                                    Phone:  630-773-4774
                                                    Fax:  630-773-4851
                                                    mbersani@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 1577 |
| v. | ) | |
| | ) | Judge James F. Holderman |
| VILLAGE OF ROMEOVILLE, et al. | ) | Magistrate Judge Martin C. Ashman |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2008, I electronically filed the foregoing *Notice of Motion* with the Clerk of the Court using the CM/ECF system, which will send notification to the CM/ECF participants, and I hereby certify that on July 10, 2008, I mailed by United States Postal Service certified mail, return receipt requested, the foregoing document to the following non-CM/ECF participant:

**TO:**   Willie Brown, *Pro Se*
   601 Theodore Avenue
   Joliet, IL 60435

by depositing same in the U.S. Mail at 333 Pierce Road, Itasca, Illinois on July 10, 2008, by 5:00 p.m., with the proper postage prepaid.

   **s/Michael D. Bersani**
   MICHAEL D. BERSANI, Atty. Bar No. 06200897
   Attorney for the Defendants
   HERVAS, CONDON & BERSANI, P.C.
   333 Pierce Road, Suite 195
   Itasca, IL 60143-3156
   Phone:  630-773-4774
   Fax:  630-773-4851
   mbersani@hcbattorneys.com