IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08 CV 1577 |
| | ) | |
| VILLAGE OF ROMEOVILLE, et al., | ) | Judge Holderman |
| | ) | Magistrate Judge Ashman |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:**   Willie Brown, *Pro Se*, 601 Theodore Street, Joliet, IL 60435

**PLEASE TAKE NOTICE** that on the 19th day of August, 2008, at 9:00 a.m., I shall appear before the Honorable Judge James F. Holderman in Courtroom 2541, or before anyone sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Defendants' Motion to Dismiss Counts IV-VII, IX and XI-XIII of Plaintiff's First Amended Complaint**.

A copy is attached hereto and herewith served upon you.

S/JASON W. ROSE
Jason W. Rose, Bar Number 06208130
Michael D. Bersani, Bar Number 06200897
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
jrose@hcbattorneys.com
mbersani@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08 CV 1577 |
| | ) | |
| VILLAGE OF ROMEOVILLE, et al., | ) | Judge Holderman |
| | ) | Magistrate Judge Ashman |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2008, I electronically filed the foregoing *Notice of Motion* with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Postal Service, certified mail, return receipt requested, the document to the following non CM/ECF system participant:

**TO:**    Willie Brown, *Pro Se*
601 Theodore Avenue
Joliet, IL 60435


S/JASON W. ROSE
Jason W. Rose, Bar Number 06208130
Michael D. Bersani, Bar Number 06200897
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
jrose@hcbattorneys.com
mbersani@hcbattorneys.com