UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Willie Brown
                            Plaintiff,

v.                                                  Case No.: 1:08−cv−01577
                                                                Honorable James F. Holderman

Village Of Romeoville, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable James F. Holderman dated 8/19/08:Status hearing held on 8/19/08. Motion hearing held on 8/19/2008 regarding defendants' motion to dismiss Counts IV−VII, IX and X1−X111 of plaintiff's first amended complaint [29]. Defendants are to reply to plaintiff's response to defendants' motion to dismiss (29) by 9/5/08. Parties are referred to Magistrate Judge Ashman to resolve discovery disputes and for settlement conference.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.