UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Willie Brown
                      Plaintiff,

v.                                                Case No.: 1:08–cv–01577
                                                     Honorable James F. Holderman

Village Of Romeoville, et al.
                      Defendant.


## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Martin C. Ashman for the purpose of holding proceedings related to: discovery supervision and settlement conference. (gl, )Judicial staff mailed notice.


Dated: August 19, 2008

                                                                  /s/ James F. Holderman

                                                                  United States District Judge